## Commonwealth *v.* Hampton, Appellant.

Submitted June 14, 1971.  *John R. Merrick,* Assistant Public Defender, for appellant; *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**